1052

[No. 7236–6–I. Division One. April 28, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE MELTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87175, Frank D. Howard, J., entered December 13, 1978. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Andersen and Dore, JJ.

[No. 7260–9–I. Division One. April 28, 1980.]

EARLINE B. WORLINE, *Respondent*, v. THE PORT OF SEATTLE, *Defendant*, ETHEL WOODS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 832132, Robert M. Elston, J., entered December 15, 1978. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Andersen, JJ.

[No. 7336–2–I. Division One. April 23, 1980.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARENCE ROY JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88001, H. Joseph Coleman, J., entered January 31, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Durham–Divelbiss, JJ.

[No. 7338–9–I. Division One. April 28, 1980.]

REEB, INCORPORATED, *Appellant*, v. THE WASHINGTON STATE LIQUOR CONTROL BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 844776, Nancy A. Holman, J., entered January 12, 1979. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Swanson and Dore, JJ.